# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| JESSEN, JOHN | ) No. 24-10102-BFK |
| | ) |
| | ) Chapter 7 |
| Debtor(s) | ) |

## AMENDED TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale. On 12/19/2024, this Court entered an order approving the Motion to Approve sale of Non-Exempt Personal Property, being unimproved a motorcycle collection ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 12/23/2024 |
| Property Sold: | 1982 Ducati; 1986 Honda; 2005 Honda; 2016 Honda; 2017 Ducati; 2023 Honda and 2023 Honda |
| Purchasers: | John Jessen |
| Purchase Price: | $36,000.00 |
| Mortgage, Expenses/other charges: | $ 1,000.00 (C21 New Millenium per order of sale) |
| Exemptions paid to Debtor: | $ n/a |
| Net Proceeds to Estate: | **$35,000.00** |

Dated: 3/12/2025

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*