**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10102-BFK |
| | § | |
| JOHN JESSEN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>01/22/2024</u>. The undersigned trustee was appointed on <u>01/22/2024</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $152,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $750.00 |
    | Bank service fees | $521.14 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $150,728.86 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/24/2024 and the deadline for filing government claims was 07/22/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $0.00 as interim compensation and now requests the sum of $10,850.00, for a total compensation of $10,850.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $46.68, for total expenses of $46.68.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2025                    By:    /s/ H. Jason Gold
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
| --- | --- | --- | --- |
| Case Name: | JESSEN, JOHN | Date Filed (f) or Converted (c): | 01/22/2024 (f) |
| For the Period Ending: | 3/12/2025 | §341(a) Meeting Date: | 02/21/2024 |
| | | Claims Bar Date: | 05/24/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 12705 Fremont Ave N Seattle, WA - 98133-0000 King County (1/2 interest; jointly owned - sale to co-owner) | $500,000.00 | $86,000.00 | | $86,000.00 | FA |
| 2 | 309 Sabio Way Chelan, WA - 98816-0000 Chelan County (lot jointly owned 1/2 int) | $99,280.00 | $30,000.00 | | $30,000.00 | FA |
| 3 | 2016 Ford Model: F150 | $14,500.00 | $0.00 | | $0.00 | FA |
| 4 | 1982 Ducati Model: 900SS Y | $12,500.00 | $10,500.00 | | $10,500.00 | FA |
| 5 | 1986 Honda Model: Reflex TLR200 | $1,500.00 | $1,500.00 | | $1,500.00 | FA |
| 6 | 2005 Honda Model: VT750 | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| 7 | 2016 Honda Model: CRF250 | $3,500.00 | $3,500.00 | | $3,500.00 | FA |
| 8 | 2017 Ducati Model: Multistrada Enduro 1200 | $10,000.00 | $10,000.00 | | $10,000.00 | FA |
| 9 | 2023 Honda Model: Monkey Y | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 10 | 2023 Honda Model: Monkey | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 11 | 2024 Husqvarna Model: TE300 | $8,500.00 | $0.00 | | $0.00 | FA |
| 12 | household goods furniture decor kitchenware | $2,000.00 | $0.00 | | $0.00 | FA |
| 13 | miscellaneous electronics and televisions | $1,000.00 | $0.00 | | $0.00 | FA |
| 14 | musical instruments, guitar | $5,000.00 | $0.00 | | $0.00 | FA |
| 15 | mens clothing and shoes | $500.00 | $0.00 | | $0.00 | FA |
| 16 | checking Chase account ending 9404 | $2,128.86 | $0.00 | | $0.00 | FA |
| 17 | checking Chase - Revocable Trust account ending 8016 | $419.14 | $0.00 | | $0.00 | FA |
| 18 | Chase Revocable Trust account ending 0008 | $149.98 | $0.00 | | $0.00 | FA |
| 19 | checking Chase - Jessen Consulting LLC | $1,358.40 | $0.00 | | $0.00 | FA |
| 20 | IRA Fidelity Investments SEP account ending 4579 | $76,135.23 | $0.00 | | $0.00 | FA |
| 21 | Miscellaneous office furniture | $500.00 | $0.00 | | $0.00 | FA |
| 22 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: erroneous entry; marked FA after 9/30/24 cutoff | | | | | |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: DUPLICATE OF #2 | | | | | |

**FORM 1**     Page No: 2     Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Date Filed (f) or Converted (c): | 01/22/2024 (f) |
| For the Period Ending: | 3/12/2025 | §341(a) Meeting Date: | 02/21/2024 |
| | | Claims Bar Date: | 05/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

| | $749,471.61 | $152,000.00 | | $152,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 02/06/2025 | TFR done |
|---|---|
| 01/27/2025 | TFR in Feb |
| 01/02/2025 | no tax returns req'd; prep for TFR after atty fee app |
| 12/30/2024 | all assets admin; ROS filed; review for tax returns and prep for TFR |
| 12/05/2024 | rec'd $ from sale of m/c collection; waiting on funds from sale of unimproved RP |
| 11/07/2024 | small piece of land may be able to sell for $30k(U) - DT to work with Campbell on QCD and m/convey; awaiting funds from debtor on m/c |
| 11/06/2024 | awaiting funds from debtor on m/c collection |
| 10/16/2024 | report of sale on RP done; draft motion to sell motorcycle collection for $36,000 to debtor in process |
| 09/24/2024 | selling interest in RP to ex; working on deal with debtor on the m/c collection |
| 08/23/2024 | Motion to sell Rp to Ms Frazier for $86,000 filed by counsel for trustee; hearing 9/17/24; possible offer from debtor for motorcycle collection pending |
| 07/15/2024 | counsel awaiting further documents re: trust/real estate; possible buyback of motorcycle collection by debtor |
| 06/10/2024 | counsel to file motion to sell soon |
| 04/26/2024 | counsel has requested documents on trust from debtor's atty; collecting funds from ex-spouse on WA property |
| 04/01/2024 | negotiating resolution with debtor to pay $86,000 for non-ex property - motion to be drafted by counsel |
| 02/29/2024 | m/convey RP to ex-spouse in process |

**Initial Projected Date Of Final Report (TFR):** 12/31/2025     **Current Projected Date Of Final Report (TFR):** 12/31/2025     /s/ H. JASON GOLD

H. JASON GOLD

**FORM 2**

Page No: 1 | Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 24-10102-BFK | |
| Case Name: | JESSEN, JOHN | |
| Primary Taxpayer ID #: | **-***9550 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/22/2024 | |
| For Period Ending: | 3/12/2025 | |

| | | |
|---|---|---|
| Trustee Name: | H. Jason Gold | |
| Bank Name: | Pinnacle Bank | |
| Checking Acct #: | ******0061 | |
| Account Title: | Sale Deposit Account | |
| Blanket bond (per case limit): | $3,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2024 | (1) | Bank of America | Deposit for sale of equity to M Frazier pending order of approval; ORDER entd 9/17/24 ECF29 | 1110-000 | $8,600.00 | | $8,600.00 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.37 | $8,587.63 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.35 | $8,575.28 |
| 09/19/2024 | | Transfer To: #******0111 | xfer of deposit funds to general checking; order entd 9/17/24 ECF29 | 9999-000 | | $8,575.28 | $0.00 |
| | | | **TOTALS:** | | $8,600.00 | $8,600.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,575.28 | |
| | | | Subtotal | | $8,600.00 | $24.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,600.00 | $24.72 | |

| For the period of 1/22/2024 to 3/12/2025 | | For the entire history of the account between 03/16/2024 to 3/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,600.00 | Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 | Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24.72 | Total Compensable Disbursements: | $24.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.72 | Total Comp/Non Comp Disbursements: | $24.72 |
| Total Internal/Transfer Disbursements: | $8,575.28 | Total Internal/Transfer Disbursements: | $8,575.28 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2024 | | Transfer From: #******0061 | xfer of deposit funds to general checking; order entd 9/17/24 ECF29 | 9999-000 | $8,575.28 | | $8,575.28 |
| 10/06/2024 | (1) | Michelle Frazier | Balance Due on Sale of Fremont Ave per 9/17/24 ECF29 order | 1110-000 | $77,400.00 | | $85,975.28 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $88.74 | $85,886.54 |
| 11/22/2024 | 2001 | Real Markets | realtor exp Per Order entd 9/17/24 ECF 29 (RP) | 3992-000 | | $750.00 | $85,136.54 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $107.26 | $85,029.28 |
| 12/30/2024 | | Transfer From: #******0125 | transfer Sabio Way deposit acct funds to gen cking | 9999-000 | $30,000.00 | | $115,029.28 |
| 12/30/2024 | | Transfer From: #******0120 | transfer vehicle deposit acct funds to gen cking | 9999-000 | $36,000.00 | | $151,029.28 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $111.78 | $150,917.50 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $188.64 | $150,728.86 |
| | | | **TOTALS:** | | $151,975.28 | $1,246.42 | $150,728.86 |
| | | | **Less: Bank transfers/CDs** | | $74,575.28 | $0.00 | |
| | | | **Subtotal** | | $77,400.00 | $1,246.42 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $77,400.00 | $1,246.42 | |

| For the period of 1/22/2024 to 3/12/2025 | | For the entire history of the account between 09/19/2024 to 3/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $77,400.00 | Total Compensable Receipts: | $77,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,400.00 | Total Comp/Non Comp Receipts: | $77,400.00 |
| Total Internal/Transfer Receipts: | $74,575.28 | Total Internal/Transfer Receipts: | $74,575.28 |
| | | | |
| Total Compensable Disbursements: | $1,246.42 | Total Compensable Disbursements: | $1,246.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,246.42 | Total Comp/Non Comp Disbursements: | $1,246.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0120 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Vehicle Deposit Account |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 11/20/2024 | | Jessen Consulting LLC | Full Payment on sale of m/c collection - order entd 12/19/24 ECF38 | * | $36,000.00 | | $36,000.00 |
| | {4} | | 1982 Ducati $10,500.00 | 1129-000 | | | $36,000.00 |
| | {5} | | 1986 Honda $1,500.00 | 1129-000 | | | $36,000.00 |
| | {6} | | 2005 Honda $2,500.00 | 1129-000 | | | $36,000.00 |
| | {7} | | 2016 Honda $3,500.00 | 1129-000 | | | $36,000.00 |
| | {8} | | 2017 Ducati $10,000.00 | 1129-000 | | | $36,000.00 |
| | {9} | | 2023 Honda $4,000.00 | 1129-000 | | | $36,000.00 |
| | {10} | | 2023 Honda $4,000.00 | 1129-000 | | | $36,000.00 |
| 12/30/2024 | | Transfer To: #******0111 | transfer vehicle deposit acct funds to gen cking | 9999-000 | | $36,000.00 | $0.00 |
| | | | **TOTALS:** | | $36,000.00 | $36,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $36,000.00 | |
| | | | **Subtotal** | | $36,000.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $36,000.00 | $0.00 | |

| **For the period of 1/22/2024 to 3/12/2025** | | **For the entire history of the account between 11/20/2024 to 3/12/2025** | |
|---|---|---|---|
| Total Compensable Receipts: | $36,000.00 | Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 | Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 | Total Internal/Transfer Disbursements: | $36,000.00 |

FORM 2

Page No: 4    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Sabio Way Deposit Account |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/12/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2024 | (2) | Jessen Consulting LLC | sale of parcel per 12/19/24 order ECF39 | 1110-000 | $30,000.00 | | $30,000.00 |
| 12/30/2024 | | Transfer To: #******0111 | transfer Sabio Way deposit acct funds to gen cking | 9999-000 | | $30,000.00 | $0.00 |
| | | | **TOTALS:** | | $30,000.00 | $30,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $30,000.00 | |
| | | | Subtotal | | $30,000.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $0.00 | |

| For the period of 1/22/2024 to 3/12/2025 | | For the entire history of the account between 12/11/2024 to 3/12/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $30,000.00 | Total Internal/Transfer Disbursements: | $30,000.00 |

**FORM 2**

Page No: 5

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 24-10102-BFK | | Trustee Name: | H. Jason Gold |
| Case Name: | JESSEN, JOHN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Sabio Way Deposit Account |
| For Period Beginning: | 1/22/2024 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/12/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $152,000.00 | $1,271.14 | $150,728.86 |

**For the period of 1/22/2024 to 3/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $152,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,000.00 |
| Total Internal/Transfer Receipts: | $74,575.28 |
| | |
| Total Compensable Disbursements: | $1,271.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,271.14 |
| Total Internal/Transfer Disbursements: | $74,575.28 |

**For the entire history of the case between 01/22/2024 to 3/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $152,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,000.00 |
| Total Internal/Transfer Receipts: | $74,575.28 |
| | |
| Total Compensable Disbursements: | $1,271.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,271.14 |
| Total Internal/Transfer Disbursements: | $74,575.28 |

/s/ H. JASON GOLD

H. JASON GOLD

ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: May 24, 2024

| Case Number: | 24-10102-BFK | | Page: 1 | | Date: | 3/12/2025 |
| Debtor Name: | | | | | Time: | 9:22:20AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | H. JASON GOLD<br>P.O. Box 57359<br>Washington DC 20037 | Trustee Compensation | | $10,850.00 | $0.00 | $10,850.00 |
| | H. JASON GOLD<br>P.O. Box 57359<br>Washington DC 20037 | Trustee Expenses | | $46.68 | $0.00 | $46.68 |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>101 Constitution Avenue NW/Suite 900<br>WASHINGTON DC 20001 | Attorney for Trustee Expenses (Other Firm) | | $136.46 | $0.00 | $136.46 |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>101 Constitution Avenue NW/Suite 900<br>WASHINGTON DC 20001 | Attorney for Trustee Fees (Other Firm) | | $19,749.00 | $0.00 | $19,749.00 |
| | REAL MARKETS<br>20333 Medalist Drive<br>Ashburn VA 20147 | Realtor for Trustee Expenses | ADVISOR FEE PER ECF29 ORDER FOR SALE OF RP | $750.00 | $750.00 | $0.00 |
| | CENTURY21 NEW MILLENIUM | Realtor for Trustee Fees (Real Estate Commissions) | fees per order entd 12/19/24 ECF38 (PP) | $1,000.00 | $0.00 | $1,000.00 |
| 1 | US SMALL BUSINESS ADMINISTRATION<br>14925 Kingsport Rd<br>Fort Worth TX 76155 | General Unsecured § 726(a)(2) | ok - H | $1,509,321.86 | $0.00 | $1,509,321.86 |
| 2 | CITIBANK N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | General Unsecured § 726(a)(2) | (2-1) Money Loaned - ok - H | $1,248.24 | $0.00 | $1,248.24 |
| 3 | CITIBANK N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | General Unsecured § 726(a)(2) | (3-1) Money Loaned - ok -H | $2,737.30 | $0.00 | $2,737.30 |
| 4 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | General Unsecured § 726(a)(2) | ok - H | $21,114.39 | $0.00 | $21,114.39 |
| 5 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | General Unsecured § 726(a)(2) | ok - H | $19,738.73 | $0.00 | $19,738.73 |

Case 24-10102-BFK    Doc 45    Filed 03/12/25    Entered 03/12/25 12:32:43    Desc Main
Document    Page 10 of 14

| | | | AMENDED CLAIMS REGISTER | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 24-10102-BFK | | | **Page:** 2 | | **Date:** 3/12/2025 | |
| **Debtor Name:** | | | | | **Time:** 9:22:20AM | |
| | | | | | **Claims Bar Date:** May 24, 2024 | |
| **Claim #:** | **Creditor Name & Address** | **Claim Type** | **Claim Ref. No. / Notes** | **Amount Allowed** | **Paid to Date** | **Claim Balance** |
| 6-1 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison TX 75001 | General Unsecured § 726(a)(2) | amended by 6-2 - ok - H | $0.00 | $0.00 | $0.00 |
| 6-2 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison TX 75001 | General Unsecured § 726(a)(2) | ok - H | $21,787.91 | $0.00 | $21,787.91 |
| 7 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION PO Box 29482 MAC S4101-08C Phoenix AZ 85038 | General Unsecured § 726(a)(2) | ok - H | $4,518.53 | $0.00 | $4,518.53 |
| 8 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION PO Box 29482 MAC S4101-08C Phoenix AZ 85038 | General Unsecured § 726(a)(2) | ok - H | $4,573.23 | $0.00 | $4,573.23 |
| 9 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION PO Box 29482 MAC S4101-08C Phoenix AZ 85038 | General Unsecured § 726(a)(2) | ok - H | $9,736.37 | $0.00 | $9,736.37 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC Po Box 7999 Saint Cloud MN 56302-9617 | General Unsecured § 726(a)(2) | (10-1) CREDIT CARD  ok - H | $8,744.84 | $0.00 | $8,744.84 |
| 11 | 2001 CLARENDON BLVD L.C. c/o Magruder Cook Koutsouftikis & Palanz 1889 Preston White Dr. Suite 200 Reston VA 20191 | General Unsecured § 726(a)(2) | (11-1) 2001 Clarendon Blvd., Suite C-1, Arlington, VA  - ok H | $25,000.00 | $0.00 | $25,000.00 |
| 12 | BALBOA CAPITAL CORPORATION c/o Gordon S. Young, Esq. Silverman, Thompson, Slutkin & White, LL 400 East Pratt Street, Suite 900 Baltimore MD 21202 | General Unsecured § 726(a)(2) | ok - H | $96,808.64 | $0.00 | $96,808.64 |
| << Totals >> | | | | $1,757,862.18 | $750.00 | $1,757,112.18 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     24-10102-BFK
Case Name:    JOHN JESSEN
Trustee Name: H. Jason Gold

|  |  |
|---|---:|
| Balance on hand: | $150,728.86 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $150,728.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| H. Jason Gold, Trustee Fees | $10,850.00 | $0.00 | $10,850.00 |
| H. Jason Gold, Trustee Expenses | $46.68 | $0.00 | $46.68 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Fees | $19,749.00 | $0.00 | $19,749.00 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Expenses | $136.46 | $0.00 | $136.46 |
| Other: CENTURY21 NEW MILLENIUM, Realtor for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Other: Real Markets, Other Professional Expenses | $750.00 | $750.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $31,782.14 |
| Remaining balance: | $118,946.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $118,946.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $118,946.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,725,330.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | US Small Business Administration | $1,509,321.86 | $0.00 | $104,054.80 |
| 2 | Citibank N.A. | $1,248.24 | $0.00 | $86.05 |
| 3 | Citibank N.A. | $2,737.30 | $0.00 | $188.71 |
| 4 | JPMorgan Chase Bank, N.A. | $21,114.39 | $0.00 | $1,455.66 |
| 5 | JPMorgan Chase Bank, N.A. | $19,738.73 | $0.00 | $1,360.82 |
| 6-1 | JPMorgan Chase Bank, N.A. | $0.00 | $0.00 | $0.00 |
| 6-2 | JPMorgan Chase Bank, N.A. | $21,787.91 | $0.00 | $1,502.09 |
| 7 | Wells Fargo Bank Small Business Lending Division | $4,518.53 | $0.00 | $311.51 |
| 8 | Wells Fargo Bank Small Business Lending Division | $4,573.23 | $0.00 | $315.29 |
| 9 | Wells Fargo Bank Small Business Lending Division | $9,736.37 | $0.00 | $671.24 |
| 10 | Jefferson Capital Systems LLC | $8,744.84 | $0.00 | $602.88 |
| 11 | 2001 Clarendon Blvd L.C. | $25,000.00 | $0.00 | $1,723.54 |
| 12 | Balboa Capital Corporation | $96,808.64 | $0.00 | $6,674.13 |

|  | Total to be paid to timely general unsecured claims: | $118,946.72 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**