**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| JOHN JESSEN, | ) No. 24-10102-BFK |
| | ) Chapter 7 |
| Debtor. | ) |

**APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH LLP,
COUNSEL TO TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES</u>**

NELSON MULLINS RILEY & SCARBOROUGH LLP ("Nelson Mullins"), counsel for H. Jason Gold, the Chapter 7 Trustee ("Trustee"), hereby makes this application (the "Application") for allowance and payment of legal fees and costs incurred by Nelson Mullins totaling $19,885.46 and in support thereof states as follows:

**I.    BACKGROUND**

1.    On January 22, 2024, John Jessen (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). H. Jason Gold was appointed Chapter 7 Trustee.

2.    The order employing Nelson Mullins as counsel to the Trustee was entered on the Court's docket on March 15, 2024 (Docket No. 17).

3.    Attached to this application, as **<u>Exhibit A</u>** are Nelson Mullins' detailed time records.

**II.    PROFESSIONAL SERVICES RENDERED DURING BILLING PERIOD**

The Trustee employed Nelson Mullins to assist the Trustee in connection with the disposition of the Debtor's real property and other non-exempt assets. Nelson Mullins assisted

1

with preparation of the Motion to Approve Conveyance of Real Property Located at 12705 Fremont Avenue N., Seattle Washington to Non-Debtor Co-Owner and Motion to Approve Quit Claim of Estate's Interest in Real Property Located at 309 Sabio Way, Chelan, Washington to Debtor.  Nelson Mullins assisted with finalizing the settlement agreement and prepared and filed a Motion to Approve Sale and Settlement Between Trustee and Debtor Regarding Non-Exempt Personal Property.  Nelson Mullins appeared at the hearings on these motions and prepared the orders. In addition, Nelson Mullins communicated with counsel to the Debtor's ex-spouse regarding the Fremont Avenue conveyance and reviewed certain trust documentation regarding the same. Finally, Nelson Mullins prepared its employment application, the employment application for the Trustee's real estate advisor and this Application.

    A.    **Professionals Providing Services**

The names of all of Nelson Mullins' professionals and paraprofessionals requesting fees and the hourly rates charged by each during the Billing Period are:

| Professional | Hours | Hourly Rate | Amount Requested |
| --- | --- | --- | --- |
| Dylan G. Trache | 30.3 | $590.00 | $ 17,877.00 |
| Linnea K. Hann | 7.20 | $260.00 | $  1,872.00 |
| Total: | 37.5 |  | $ 19,749.00 |

    B.    **Terms and Conditions of Employment**

In the employment application, the Trustee identified the types of services that Nelson Mullins could be required to render to the Trustee.  The services performed by Nelson Mullins in this case are within the ambit of the types of services identified in the employment application.

No agreement or understanding exists between Nelson Mullins and any other person or

2

entity for the sharing of compensation to be received by Nelson Mullins for services rendered in connection with this case.

The hourly rates charged by Nelson Mullins are comparable to the rates charged by other attorneys of similar experience in cases under Title 11. Mr. Trache was first admitted to practice in 2000. Additionally, Mr. Trache is board certified as a specialist in Business Bankruptcy Law by the American Board of Certification. See 11 U.S.C. § 330(a)(3)(E) (providing that the bankruptcy court shall consider professional board certifications in determining the amount of reasonable compensation to be awarded).

**C.     Expenses**

In the course of its rendition of the services to the Trustee, Nelson Mullins has incurred necessary and actual out-of-pocket expenses in the amount of $136.46 for which Nelson Mullins seeks reimbursement. A breakdown of these expenses is as follows:

| Nature of Expense | Amount |
|---|---|
| PACER | $21.30 |
| Copies | $40.1 |
| Postage | $75.06 |
| **Total:** | **$136.46** |

**D.     Total Request**

Based upon the foregoing, Nelson Mullins seeks allowance of compensation for attorneys' fees in the amount of $19,749.00. In addition, Nelson Mullins seeks approval for reimbursement of its out-of-pocket expenses incurred on the Trustee's behalf in the amount of $136.46. Accordingly, by this Application, Nelson Mullins seeks allowance of a total of $19,885.46 representing compensation and expenses.

**III.     STATUTORY AUTHORITY**

Pursuant to 11 U.S.C. § 330, the Court may award Nelson Mullins reasonable compensation for actual and necessary services performed in this case. Section 330(a)(3) sets forth factors to consider in determining the amount of reasonable compensation to be awarded. For the reasons articulated above, Nelson Mullins believes that the services performed on the Trustee's behalf were necessary to the administration of this case, were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the issues involved, and were undertaken by professionals whose rates are reasonable.

WHEREFORE, the undersigned requests that this Court enter a Final Order: (i) allowing final compensation in the amount of $19,749.00 and expenses in the amount of $136.46 for a total amount of $19,885.46; and (ii) awarding any further relief that the Court deems just and proper.

                Respectfully submitted,

                NELSON MULLINS RILEY &
                SCARBOROUGH LLP

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com

By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| Gold, Harris Jason - Chapter 7 Counsel<br>ATTN: Gold, H. Jason<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, SW<br>Suite 900<br>Washington, DC  20001 | January 22, 2025<br>Invoice 2768996  Page  1 |

| | | |
|---|---|---|
| Our Matter # | 045429/09039 | For Services Through 01/22/25 |
| Name of Matter: | John Jessen | |

**T0001 - Asset Analysis and Recovery**

| 02/22/24 | Email correspondence with J. Gold regarding non-exempt assets.  Review schedules re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 02/23/24 | Review analysis and calculation of Non-exempt assets prepared by Debtor's counsel and assess settlement strategy. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 04/10/24 | Email to Debtor's counsel regarding revocable trust. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |

| 04/19/24 | Confer with Trustee regarding settlement with ex-spouse and trust documents. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 04/26/24 | Call with Trustee regarding revocable trust.  Email re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 05/23/24 | Email correspondence with D. Press regarding trust documents and possible sale. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 08/26/24 | Review email from S. Karbelk and spreadsheet regarding vehicle values.  Email from J. Gold re: settlement strategy. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 08/27/24 | Email correspondence with J. Gold and J. Campbell regarding vehicles.  Confer with J. Campbell re: settlement and sale. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 08/29/24 | Confer with Trustee and S. Karbelk regarding negotiations over vehicles. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 09/05/24 | Confer with Trustee and S. Karbelk regarding vehicles, settlement negotiations, and possible auction. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 09/12/24 | Confer with Trustee regarding non-exempt vehicles and settlement strategy.  Email to J. Campbell regarding same. | | | |
|---|---|---|---|---|

January 22, 2025
Invoice 2768996  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/19/24 | Confer with Trustee regarding sale of vehicles. |  |  |  |
|  | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 10/01/24 | Review and analyze settlement offer on non-exempt assets. Email to S. Karbelk and J. Gold re: same. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
|  | **Subtotal T0001** | **3.60 hrs.** |  | **$2,124.00** |

**T0004 - Case Administration**

|  |  |  |  |  |
|---|---|---|---|---|
| 05/13/24 | Email correspondence with Debtor's counsel re: Trust documents. |  |  |  |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
|  | **Subtotal T0004** | **0.20 hrs.** |  | **$118.00** |

**T0006 - Trustee Employment Applications**

|  |  |  |  |  |
|---|---|---|---|---|
| 02/28/24 | Prepare application to employ NMRS. |  |  |  |
|  | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 03/01/24 | Prepare employment application as to real estate advisor and revise application to employ NMRS. |  |  |  |
|  | L.K. HANN | 1.10 hrs. | 260.00/hr | $286.00 |
| 03/04/24 | Review and revise NMRS and Karbelk applications. Email to J. Frankel re: same. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/14/24 | Email correspondence with J. Frankel regarding employment applications for NMRS and Karbelk. Email to L. Hann re: same. |  |  |  |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 03/14/24 | ECF filing of application to employ NMRS and application to employ real estate advisor. |  |  |  |
|  | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 06/19/24 | ECF filing of supplemental declaration of Mr. Karbelk. |  |  |  |
|  | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
|  | **Subtotal T0006** | **2.90 hrs.** |  | **$919.00** |

**T0007 - Third Party Employment Applications**

|  |  |  |  |  |
|---|---|---|---|---|
| 03/15/24 | Review entered orders on trustee's professionals. |  |  |  |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
|  | **Subtotal T0007** | **0.20 hrs.** |  | **$118.00** |

**T0008 - Professional Fee Applications and Objections**

|  |  |  |  |  |
|---|---|---|---|---|
| 01/22/25 | Review and revision of NMRS fee application. |  |  |  |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

January 22, 2025
Invoice 2768996  Page 3

| | | | | |
|---|---|---|---|---|
| 01/22/25 | Prepare fee application. | | | |
| | L.K. HANN | 1.20 hrs. | 260.00/hr | $312.00 |
| | **Subtotal T0008** | **1.70 hrs.** | | **$607.00** |

**T0009 - Asset Disposition**

| | | | | |
|---|---|---|---|---|
| 02/27/24 | Review S. Karbelk analysis re: Seattle property.  Email correspondence with Trustee re: settlement strategy. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 02/29/24 | Confer with sales agent regarding Seattle property sale and strategy regarding remaining assets. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/08/24 | Call with Trustee regarding ex-wife buyout and strategy regarding remaining assets. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/15/24 | Confer with Trustee regarding sale to co-owner. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 03/16/24 | Email from J. Gold regarding receipt of deposit from co-owner. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 03/21/24 | Draft sale motion (1.5).  Confer with Trustee re: transaction (.2). | | | |
| | D.G. TRACHE | 1.70 hrs. | 590.00/hr | $1,003.00 |
| 03/27/24 | Email from D. Press regarding deed to revocable Trust.  Review same and other title documents.  Email to J. Gold | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 03/29/24 | Confer with Trustee re: trust and title issue.  Email to J. Campbell requesting documents. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/03/24 | Email correspondence with D. Press re: deed to revocable trust. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/04/24 | Confer with Trustee regarding revocable trust issue.  Email correspondence regarding insurance on property. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/11/24 | Confer with Trustee regarding request for Debtor's revocable trust information. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 04/30/24 | Email correspondence with D. Press re: revocable trusts and sale. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/08/24 | Email correspondence with D. Press regarding trust documents. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/24/24 | Confer with J. Gold regarding case status.  Email to Debtor's counsel regarding trust document.  Receipt and review of Trust.  Email correspondence with D. Press and J. Gold re: same. | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |

January 22, 2025
Invoice 2768996  Page 4

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/30/24 | Confer with J. Gold regarding Jessen sale (.2). Review and revise sale motion (.5). | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/31/24 | Preparation of Sale Motion and Order, email to D. Press. | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 06/05/24 | Confer with Trustee regarding status of sale to ex-spouse. Review documents re: non-exempt personal property. Email to J. Campbell re: same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/19/24 | Review status of property sale. Email correspondence with D. Press re: same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/19/24 | Email correspondence with D. Press re: sale to ex spouse. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/26/24 | Email correspondence with D. Press and J. Campbell re: additional documents required. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 07/11/24 | Review status of information requests from Debtor's counsel. Discuss same with Trustee. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 07/18/24 | Confer with Trustee and email to counsel to debtor regarding additional trust documents. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/07/24 | Email correspondence with J. Gold, J. Campbell and D. Press regarding trust documents and vehicles. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/08/24 | Email correspondence with debtor's counsel regarding Cura Aeternam trust and vehicles (.2). Review documents (.7). Email to D. Press regarding same (.1). | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/15/24 | Confer with Trustee regarding evaluation of vehicles and trust documents. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/22/24 | Email correspondence with D. Press regarding Sale Motion. Review and revise same. Instructions to L. Hann re: NOH. Review NOH and further instructions re: redaction of exhibit. | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 08/22/24 | Review and redact Debtor's trust agreement and proof motion to approve conveyance of 12705 Freemont. | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 08/23/24 | ECF filing of motion to approve conveyance of 12705 Freemont Ave and coordinate mail service of same. | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 09/16/24 | Review Sale Motion and related documents in preparation for hearing. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 09/16/24 | Email correspondence with potential auctioneer and counsel to Debtor regarding non-exempt autos. | | | | |

January 22, 2025
Invoice 2768996  Page 5

| | | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/17/24 | Court appearance and preparation - Motion to Sell Seattle Property (1.0). Email correspondence with S. Karbelk, Trustee and Manheim regarding sale of vehicles (.3). Instructions to L. Hann regarding submission of order and review entered order on Seattle property (.2). | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 09/17/24 | Submit order approving transfer of property to the Court for signing. | | | |
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 09/18/24 | Email correspondence with Trustee and D. Press regarding payment and closing. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/02/24 | Email correspondence with J. Gold regarding settlement offer on vehicles (.2). Email correspondence with J. Campbell regarding same and Sabio Way property (.3). Review schedules and other information regarding Sabio Way (.3). Email correspondence with J. Gold regarding payment for real property transaction (.2). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 10/04/24 | Confer with J. Gold regarding sale of vehicles to Debtor and potential sale of undeveloped land. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/08/24 | Draft sale and settlement motion re: non-exempt personal property, email to J. Campbell re: same. | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 10/17/24 | Confer with Trustee and S. Karbelk regarding sale of personal property. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 10/23/24 | Email correspondence with D. Press regarding Deed. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 11/06/24 | Voicemail from J. Campbell regarding vehicle sale. Revise motion and email to J. Campbell. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 11/07/24 | Prepare notice of hearing for motion to approve sale of motor vehicles. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 11/07/24 | Confer with Trustee regarding sale of vehicles and unimproved parcel of real property (.3). Email to L. Hann regarding motion to approve sale (.1). Calls and email with J. Campbell regarding same (.4) | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 11/08/24 | ECF filing of motion to approve sale of assets and coordinate service of same. | | | |
| | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 11/08/24 | Email correspondence with J. Campbell and J. Gold regarding unimproved real estate (.3). Finalize Motion and Notice re: personal property (.2). | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 11/11/24 | Email correspondence with J. Gold regarding agreement with debtor on purchase of unimproved real property. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

January 22, 2025
Invoice 2768996  Page 6

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/24 | Email correspondence with J. Campbell regarding Jessen agreement on raw land (.2). Review documents and prepare motion (1.3) | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 11/13/24 | Email to J. Campbell regarding Motion to Sell Unimproved Property. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 11/14/24 | Draft notice of hearing on motion to approve quit claim of Sabio Road property. | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 11/14/24 | Email correspondence with Debtor's counsel regarding purchase or real property (.2). Revise and finaize motion (.3). Review Notice of Hearing and authorize filing (.1). Confer with Trustee regarding vehicles and sale to ex wife (.2) | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 11/15/24 | ECF filing of motion to approve quit claim of Sabio property. | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 12/03/24 | Email to D. Press regarding deed for Washington property. Review deadlines associated with Debtor buy back motions. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/05/24 | Confer with Trustee regarding sale of property to ex-wife and deed to be presented, sale of vehicles, sale of unimproved property. Review payment deadlines. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/09/24 | Prepare for hearings on sales. Email correspondence with Trustee regarding receipt of funds. | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |
| 12/10/24 | Prepare orders to approve sales. | L.K. HANN | 0.60 hrs. | 260.00/hr | $156.00 |
| 12/10/24 | Court appearance and preparation - Sale Motions on personal property and vacant land. | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 12/11/24 | Review and revise orders on sale of personal property and unimproved land. Email to J. Campbell regarding same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/12/24 | Confer with Trustee regarding orders on sales and deed for Washington State Property. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/18/24 | Submit orders approving transfers of property to the Court for signing. | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 12/18/24 | Final review of sale orders and instructions to L. Hann regarding submission to Court. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 12/20/24 | Email correspondence with D. Press regarding Deed and related (.3). Review and analyze draft deed and tax affidavit (.7). | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 12/22/24 | Email correspondence with J. Gold regarding Washington property quit claim deed | | | | |

January 22, 2025
Invoice 2768996  Page 7

|  |  |  |  |  |
|---|---|---|---|---|
|  | and related. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/02/25 | Confer with Trustee regarding real property sales. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/09/25 | Confer with Trustee regarding property sales and related matters. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/16/25 | Confer with Trustee regarding tax form for Washington State property. | | | |
|  | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
|  | **Subtotal T0009** | **28.90 hrs.** | | **$15,863.00** |

**Fees for Legal Services** ............................................................................................... **$19,749.00**

**BILLING SUMMARY**

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.G. TRACHE | 30.30 | 590.00 | 17,877.00 |
| L.K. HANN | 7.20 | 260.00 | 1,872.00 |
| TOTAL | 37.50 | $526.64 | $19,749.00 |

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

**E101 - Copying**

| 08/23/2024 | Copies 616 Page(s) | 30.80 |
|---|---|---|
| 11/08/2024 | Copies 108 Page(s) | 5.40 |
| 11/15/2024 | Copies 78 Page(s) | 3.90 |
| **Total E101 - Copying** | | **$40.10** |

**E124 - Other**

| 09/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER92024; Date: 9/11/2024 - Billing period - 8/1/2024 to 8/31/2024 | 12.50 |
|---|---|---|
| 12/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER122024; Date: 12/11/2024 - Billing period - 11/1/2024 to 11/30/2024 | 8.50 |
| 01/13/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER012025; Date: 1/13/2025 - Billing period - 12/1/2024 to 12/31/2024 | 0.30 |
| **Total E124 - Other** | | **$21.30** |

**E108 - Postage**

| 08/23/2024 | Postage | 57.12 |
|---|---|---|
| 11/08/2024 | Postage | 17.94 |
| **Total E108 - Postage** | | **$75.06** |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$136.46**

**DISBURSEMENT SUMMARY**

| Description | Dollars |
|---|---|

January 22, 2025
Invoice 2768996  Page 8

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| E101 - Copying | 40.10 |
| E108 - Postage | 75.06 |
| E124 - Other | 21.30 |
| TOTAL | $136.46 |

**TOTAL FOR THIS INVOICE** ................................................................................ **$19,885.46**

January 22, 2025
Invoice 2768996  Page 9

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Gold, Harris Jason - Chapter 7 Counsel
ATTN:  Gold, H. Jason
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, SW
Suite 900
Washington, DC  20001

Our Matter #            045429/09039                                    For Services Through 01/22/25
Name of Matter:         John Jessen

| | |
|---|---:|
| Fees for Professional Services | $19,749.00 |
| Charges for Other Services Provided/Expenses Incurred | 136.46 |
| **TOTAL FOR THIS INVOICE** ................................................................... | **$19,885.46** |

**Terms of Payment:**  Balance due within thirty days of invoice date

### ELECTRONIC PAYMENT INSTRUCTIONS

| *Domestic Wire And ACH Transfer* | *Foreign Wire (USD) Transfer* |
|---|---|
| **Beneficiary:**<br> Nelson Mullins Riley &<br> Scarborough, LLP<br> 1320 Main Street<br> Columbia, SC 29201<br>**Beneficiary Bank:**<br> Synovus Bank (formerly NBSC, a division of Synovus Bank)<br> 1148 Broadway<br> Columbus, GA  31901<br>**ABA/Routing Number:**  061100606<br>**Beneficiary Account:**  1002720611 | **Beneficiary:**<br> Nelson Mullins Riley &<br> Scarborough, LLP<br> 1320 Main Street<br> Columbia, SC 29201<br>**Beneficiary Bank:**<br> Synovus Bank<br> Birmingham, Alabama, USA<br>**SWIFT Code:**  FICOUS44<br>**Beneficiary Account:**  1002720611<br>(Only if required, in addition to SWIFT Code FICOUS44, use ABA 061100606). |

### CREDIT CARD PAYMENTS

**http://www.nelsonmullins.com/pay**

**Reference Field:**  Note the Nelson Mullins Invoice and Matter Number.