**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10102-BFK |
| | § | |
| JOHN JESSEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), H. Jason Gold ("Trustee"), Chapter 7 trustee in the above captioned case, has filed a *Final Report* and that the Trustee and the Trustee's professionals have filed final fee applications, all of which are summarized in the attached *Summary of Trustee's Final Report and Applications for Compensation*. The complete *Final Report* and all *Applications for Compensation* are available for inspection at the Office of the Clerk, at the following address: United States Bankruptcy Court, 200 South Washington St., Alexandria, VA 22314.

UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE AND SUPPORTING MEMORANDUM OBJECTING TO THE TRUSTEE'S FINAL REPORT AND/OR APPLICATIONS FOR COMPENSATION ARE FILED WITH THE CLERK OF COURT AT THE ADDRESS INDICATED ABOVE AND SERVED ON THE MOVING PARTY ON OR BEFORE April 3, 2025, WHICH IS 21 DAYS AFTER THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE FINAL REPORT AND APPLICATIONS FOR COMPENSATION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.

A HEARING ON ANY TIMELY OBJECTIONS FILED WITH RESPECT TO THE RELIEF REQUESTED IS SCHEDULED FOR April 8, 2025 at 9:30 a.m. BEFORE THE HONORABLE BRIAN F. KENNEY, UNITED STATES BANKRUPTCY JUDGE, COURTROOM 1, SECOND FLOOR, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314. IF NO OBJECTION IS FILED, THE HEARING MAY BE CANCELLED AND THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE.

Date Mailed: 3/13/2025                          By: /s/ H. Jason Gold
                                                       H. Jason Gold, Trustee

H. Jason Gold
P.O. Box 57359
Washington, DC 20037

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| In re: | § | Case No. 24-10102-BFK |
|---|---|---|
|  | § |  |
| JOHN JESSEN | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $152,000.00
*and approved disbursements of*     $1,271.14
*leaving a balance on hand of[1]:*     $150,728.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $150,728.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| H. Jason Gold, Trustee Fees | $10,850.00 | $0.00 | $10,850.00 |
| H. Jason Gold, Trustee Expenses | $46.68 | $0.00 | $46.68 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Fees | $19,749.00 | $0.00 | $19,749.00 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Expenses | $136.46 | $0.00 | $136.46 |
| Other: CENTURY21 NEW MILLENIUM, Realtor for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Other: Real Markets, Other Professional Expenses | $750.00 | $750.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $31,782.14
Remaining balance:     $118,946.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $118,946.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $118,946.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,725,330.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | US Small Business Administration | $1,509,321.86 | $0.00 | $104,054.80 |
| 2 | Citibank N.A. | $1,248.24 | $0.00 | $86.05 |
| 3 | Citibank N.A. | $2,737.30 | $0.00 | $188.71 |
| 4 | JPMorgan Chase Bank, N.A. | $21,114.39 | $0.00 | $1,455.66 |
| 5 | JPMorgan Chase Bank, N.A. | $19,738.73 | $0.00 | $1,360.82 |
| 6-1 | JPMorgan Chase Bank, N.A. | $0.00 | $0.00 | $0.00 |
| 6-2 | JPMorgan Chase Bank, N.A. | $21,787.91 | $0.00 | $1,502.09 |
| 7 | Wells Fargo Bank Small Business Lending Division | $4,518.53 | $0.00 | $311.51 |
| 8 | Wells Fargo Bank Small Business Lending Division | $4,573.23 | $0.00 | $315.29 |
| 9 | Wells Fargo Bank Small Business Lending Division | $9,736.37 | $0.00 | $671.24 |
| 10 | Jefferson Capital Systems LLC | $8,744.84 | $0.00 | $602.88 |
| 11 | 2001 Clarendon Blvd L.C. | $25,000.00 | $0.00 | $1,723.54 |
| 12 | Balboa Capital Corporation | $96,808.64 | $0.00 | $6,674.13 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $118,946.72 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ H. Jason Gold
Trustee

H. Jason Gold
P.O. Box 57359
Washington, DC 20037

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**