UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| IN RE: | CASE NO: 24-10102-BFK |
|---|---|
| JOHN JESSEN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | Judge: BRIAN F. KENNEY |
| | Hearing Location: 200 South Washington St, Alexandria VA  22314 |
| | Hearing Date: 4/8/2025 |
| | Hearing Time: 9:30AM |
| | Response Date: 4/3/2025 |

On 3/13/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2025

/s/ H. JASON GOLD
H. JASON GOLD
Trustee
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037
703 864 2272
lgrahl@fsscommerce.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| IN RE: | CASE NO: 24-10102-BFK |
|---|---|
| JOHN JESSEN | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 7 <br> Judge: BRIAN F. KENNEY <br> Hearing Location: 200 South Washington St, Alexandria VA 22314 <br> Hearing Date: 4/8/2025 <br> Hearing Time: 9:30AM <br> Response Date: 4/3/2025 |

On 3/13/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JASON GOLD
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (typo/dupe) have been bypassed on the previous round of First Class USPS Mail Service.

| | | |
|---|---|---|
| 2001 CLARENDON BLVD L.C.<br>C/O MAGRUDER COOK KOUTSOUFTIKIS & PALANZ<br>1889 PRESTON WHITE DR.<br>SUITE 200<br>RESTON, VA 20191-4368 | ABBVIE, INC.<br>12975 COLLECTIONS CENTER<br>CHICAGO, IL 60693-0129 | AMUR EQUIP FINANCE INC<br>304 W 3RD STREET<br>GRAND ISLAND, NE 68801-5941 |
| BALBOA CAPITAL CORP<br>575 ANTON BLVD 12TH FLOOR<br>COSTA MESA, CA 92626-7169 | BALBOA CAPITAL CORPORATION<br>C/O GORDON S. YOUNG, ESQ.<br>SILVERMAN, THOMPSON, SLUTKIN & WHITE, LL<br>400 EAST PRATT STREET, SUITE 900<br>BALTIMORE, MD 21202-3127 | BEST BUY/CBNA<br>P O BOX 790441<br>SAINT LOUIS, MO 63179-0441 |
| CITIBANK N.A.<br>CITIBANK, N.A.<br>5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | DEXT CAPITAL LLC<br>4000 KRUSE WAY PLACE<br>BUILDING 3 SUITE 100<br>LAKE OSWEGO, OR 97035-5577 | HOME DEPOT CREDIT SERVICES<br>P O BOX 790328<br>SAINT LOUIS, MO 63179-0328 |
| JAMES P CAMPBELL<br>CAMPBELL FLANNERY, P.C.<br>ONE VILLAGE PLAZA<br>1602 VILLAGE MARKET BOULEVARD, SUITE 220<br>LEESBURG, VA 20175-4722 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JOHN JESSEN<br>24112 E GREYSTONE LANE<br>EDMONDS, WA 98020-5226 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O NATIONAL BANKRUPTCY SERVICES, LLC<br>P.O. BOX 9013<br>ADDISON, TEXAS 75001-9013 | METRO MANAGEMENT<br>8230 LEESBURG PIKE<br>VIENNA, VA 22182-2641 |
| MICHELLE R. FRAZIER<br>540 N 169TH STREET<br>SHORELINE, WA 98133-5213 | RADOVA LIFESTYLE LLC<br>DBA NOVASCULPTING<br>2012 WILSON BLVD<br>ARLINGTON, VA 22201-3076 | SYNCHRONY BANK<br>P O BOX 71715<br>PHILADELPHIA, PA 19176-1715 |
| US BANK HOME MORTGAGE<br>4801 FREDERICA STREET<br>OWENSBORO, KY 42301-7441 | US SMALL BUSINESS ADMIN<br>409 3RD STREET SW<br>WASHINGTON, DC 20416-0005 | US SMALL BUSINESS ADMINISTRATION<br>14925 KINGSPORT RD<br>FORT WORTH, TX 76155-2243 |
| WELLS FARGO BANK SMALL BUSINESS LENDING DIVI<br>PO BOX 29482 MAC S4101-08C<br>PHOENIX, AZ 85038-9482 | | |