**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| JESSEN, JOHN | ) | No. 24-10102-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the final report ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtor, and the Final Report having been duly noticed, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a) and/or 503(b)(2) and (4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| H. Jason Gold, Trustee | $10,850.00 | $ 46.68 |
| Nelson Mullins Riley & Scarborough  LLP. | $19,749.00 | $136.46 |
| Century21 New Millenium | $ 1,000.00 | $  0.00 |

And it is further

ORDERED that the Trustee is authorized to pay any unpaid portions of the foregoing awards from funds of the estate.

.

Dated: Apr 7 2025

/s/ Brian F Kenney

_____

United States Bankruptcy Judge

PREPARED BY:

Entered On Docket: Apr 7 2025

NELSON MULLINS RILEY & SCARBOROUGH LLP.
101 Constitution Avenue, NW, Suite 900
Washington DC  20001
202.689.2800

By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176

By:    /s/ Jack I. Frankel (by DGT with authority)
        Jack I. Frankel

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

/s/ Dylan G. Trache
Dylan G. Trache

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 24-10102-BFK

John Jessen                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                        User: LilianPal                                    Page 1 of 2

Date Rcvd: Apr 07, 2025                      Form ID: pdford9                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 08 2025 00:43:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Interested Party Michelle Frazier dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Gordon Stewart Young | on behalf of Creditor Balboa Capital Corporation gyoung@silvermanthompson.com  efiling@silvermanthompson.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| James P Campbell | |

on behalf of Debtor John Jessen jcampbell@campbellflannery.com
spowell@campbellflannery.com;jcampbell@campbellflannery.com

Leonidas Koutsouftikis

on behalf of Creditor 2001 CLARENDON BLVD L.C. lkouts@mckplaw.com  mcook@magruderpc.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov


TOTAL: 7