**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10102-BFK |
| | § | |
| JOHN JESSEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

H. Jason Gold, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $8,500.00 | Assets Exempt: | $104,635.23 |
| Total Distributions to Claimants: | $118,946.72 | Claims Discharged Without Payment: | $3,627,985.62 |
| Total Expenses of Administration: | $33,053.28 | | |

3) Total gross receipts of $152,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $152,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $262,689.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $33,053.28 | $33,053.28 | $33,053.28 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,021,602.30 | $1,747,281.90 | $1,725,330.04 | $118,946.72 |
| **Total Disbursements** | $2,284,291.30 | $1,780,335.18 | $1,758,383.32 | $152,000.00 |

4). This case was originally filed under chapter 7 on 01/22/2024. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2025            By:   /s/ H. Jason Gold
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 12705 Fremont Ave N Seattle, WA - 98133-0000 King County (1/2 interest; jointly owned - sale to co-owner) | 1110-000 | $86,000.00 |
| 309 Sabio Way Chelan, WA - 98816-0000 Chelan County (lot jointly owned 1/2 int) | 1110-000 | $30,000.00 |
| 1982 Ducati Model: 900SS Y | 1129-000 | $10,500.00 |
| 1986 Honda Model: Reflex TLR200 | 1129-000 | $1,500.00 |
| 2005 Honda Model: VT750 | 1129-000 | $2,500.00 |
| 2016 Honda Model: CRF250 | 1129-000 | $3,500.00 |
| 2017 Ducati Model: Multistrada Enduro 1200 | 1129-000 | $10,000.00 |
| 2023 Honda Model: Monkey | 1129-000 | $4,000.00 |
| 2023 Honda Model: Monkey Y | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$152,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Home Mortgage | 4110-000 | $262,689.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$262,689.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| H. Jason Gold, Trustee fees | 2100-000 | NA | $10,850.00 | $10,850.00 | $10,850.00 |
| H. Jason Gold, Trustee exp | 2200-000 | NA | $46.68 | $46.68 | $46.68 |
| Pinnacle Bank | 2600-000 | NA | $521.14 | $521.14 | $521.14 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee fees | 3210-000 | NA | $19,749.00 | $19,749.00 | $19,749.00 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee | 3220-000 | NA | $136.46 | $136.46 | $136.46 |

| | | | | | |
|---|---|---|---|---|---|
| exp | | | | | |
| Century21 New Millennium, Realtor for Trustee fee | 3510-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Real Markets, Other Professional exp | 3992-000 | NA | $750.00 | $750.00 | $750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$33,053.28** | **$33,053.28** | **$33,053.28** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Small Business Administration | 7100-000 | $0.00 | $1,509,321.86 | $1,509,321.86 | $104,054.80 |
| 2 | Citibank N.A. | 7100-000 | $0.00 | $1,248.24 | $1,248.24 | $86.05 |
| 3 | Citibank N.A. | 7100-000 | $0.00 | $2,737.30 | $2,737.30 | $188.71 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $21,114.39 | $21,114.39 | $1,455.66 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $19,738.73 | $19,738.73 | $1,360.82 |
| 6-1 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $21,951.86 | $0.00 | $0.00 |
| 6-2 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $21,787.91 | $21,787.91 | $1,502.09 |
| 7 | Wells Fargo Bank Small Business Lending Division | 7100-000 | $0.00 | $4,518.53 | $4,518.53 | $311.51 |
| 8 | Wells Fargo Bank Small Business Lending Division | 7100-000 | $0.00 | $4,573.23 | $4,573.23 | $315.29 |
| 9 | Wells Fargo Bank Small Business Lending Division | 7100-000 | $0.00 | $9,736.37 | $9,736.37 | $671.24 |
| 10 | Jefferson Capital Systems LLC | 7100-000 | $0.00 | $8,744.84 | $8,744.84 | $602.88 |
| 11 | 2001 Clarendon Blvd L.C. | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $1,723.54 |
| 12 | Balboa Capital Corporation | 7100-000 | $0.00 | $96,808.64 | $96,808.64 | $6,674.13 |
| | AbbVie, Inc. | 7100-000 | $106,425.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| AMUR Equip Finance Inc | 7100-000 | $53,160.00 | $0.00 | $0.00 | $0.00 |
| Balboa Capital Corp | 7100-000 | $88,897.81 | $0.00 | $0.00 | $0.00 |
| Best Buy/CBNA | 7100-000 | $2,823.14 | $0.00 | $0.00 | $0.00 |
| Chase Sapphire Reserve | 7100-000 | $21,657.00 | $0.00 | $0.00 | $0.00 |
| Chase Visa | 7100-000 | $19,170.00 | $0.00 | $0.00 | $0.00 |
| DEXT Capital LLC | 7100-000 | $62,315.14 | $0.00 | $0.00 | $0.00 |
| DEXT Capital LLC | 7100-000 | $151,698.34 | $0.00 | $0.00 | $0.00 |
| Home Depot Credit Services | 7100-000 | $1,288.87 | $0.00 | $0.00 | $0.00 |
| Metro Management | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank | 7100-000 | $8,744.00 | $0.00 | $0.00 | $0.00 |
| US Small Business Admin | 7100-000 | $1,480,423.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,021,602.30 | $1,747,281.90 | $1,725,330.04 | $118,946.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Date Filed (f) or Converted (c): | 01/22/2024 (f) |
| For the Period Ending: | 6/20/2025 | §341(a) Meeting Date: | 02/21/2024 |
| | | Claims Bar Date: | 05/24/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12705 Fremont Ave N Seattle, WA - 98133-0000 King County (1/2 interest; jointly owned - sale to co-owner) | $500,000.00 | $86,000.00 | | $86,000.00 | FA |
| 2 | 309 Sabio Way Chelan, WA - 98816-0000 Chelan County (lot jointly owned 1/2 int) | $99,280.00 | $30,000.00 | | $30,000.00 | FA |
| 3 | 2016 Ford Model: F150 | $14,500.00 | $0.00 | | $0.00 | FA |
| 4 | 1982 Ducati Model: 900SS Y | $12,500.00 | $10,500.00 | | $10,500.00 | FA |
| 5 | 1986 Honda Model: Reflex TLR200 | $1,500.00 | $1,500.00 | | $1,500.00 | FA |
| 6 | 2005 Honda Model: VT750 | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| 7 | 2016 Honda Model: CRF250 | $3,500.00 | $3,500.00 | | $3,500.00 | FA |
| 8 | 2017 Ducati Model: Multistrada Enduro 1200 | $10,000.00 | $10,000.00 | | $10,000.00 | FA |
| 9 | 2023 Honda Model: Monkey Y | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 10 | 2023 Honda Model: Monkey | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 11 | 2024 Husqvarna Model: TE300 | $8,500.00 | $0.00 | | $0.00 | FA |
| 12 | household goods furniture decor kitchenware | $2,000.00 | $0.00 | | $0.00 | FA |
| 13 | miscellaneous electronics and televisions | $1,000.00 | $0.00 | | $0.00 | FA |
| 14 | musical instruments, guitar | $5,000.00 | $0.00 | | $0.00 | FA |
| 15 | mens clothing and shoes | $500.00 | $0.00 | | $0.00 | FA |
| 16 | checking Chase account ending 9404 | $2,128.86 | $0.00 | | $0.00 | FA |
| 17 | checking Chase - Revocable Trust account ending 8016 | $419.14 | $0.00 | | $0.00 | FA |
| 18 | Chase Revocable Trust account ending 0008 | $149.98 | $0.00 | | $0.00 | FA |
| 19 | checking Chase - Jessen Consulting LLC | $1,358.40 | $0.00 | | $0.00 | FA |
| 20 | IRA Fidelity Investments SEP account ending 4579 | $76,135.23 | $0.00 | | $0.00 | FA |
| 21 | Miscellaneous office furniture | $500.00 | $0.00 | | $0.00 | FA |
| 22 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** erroneous entry; marked FA after 9/30/24 cutoff | | | | | |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** DUPLICATE OF #2 | | | | | |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Date Filed (f) or Converted (c): | 01/22/2024 (f) |
| For the Period Ending: | 6/20/2025 | §341(a) Meeting Date: | 02/21/2024 |
| | | Claims Bar Date: | 05/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $749,471.61 | $152,000.00 | | $152,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/07/2025 | o/s cks; TDR in June |
| 04/09/2025 | final disb done; TDR in May/June |
| 04/08/2025 | final disb done; TDR May/June25 |
| 03/13/2025 | TFR filed w/ct; obj deadline 4/3/25; hearing 4/8/25; NFR done |
| 03/12/2025 | revisions to TFR done |
| 02/06/2025 | TFR done |
| 01/27/2025 | TFR in Feb |
| 01/02/2025 | no tax returns req'd; prep for TFR after atty fee app |
| 12/30/2024 | all assets admin; ROS filed; review for tax returns and prep for TFR |
| 12/05/2024 | rec'd $ from sale of m/c collection; waiting on funds from sale of unimproved RP |
| 11/07/2024 | small piece of land may be able to sell for $30k(U) - DT to work with Campbell on QCD and m/convey; awaiting funds from debtor on m/c |
| 11/06/2024 | awaiting funds from debtor on m/c collection |
| 10/16/2024 | report of sale on RP done; draft motion to sell motorcycle collection for $36,000 to debtor in process |
| 09/24/2024 | selling interest in RP to ex; working on deal with debtor on the m/c collection |
| 08/23/2024 | Motion to sell Rp to Ms Frazier for $86,000 filed by counsel for trustee; hearing 9/17/24; possible offer from debtor for motorcycle collection pending |
| 07/15/2024 | counsel awaiting further documents re: trust/real estate; possible buyback of motorcycle collection by debtor |
| 06/10/2024 | counsel to file motion to sell soon |
| 04/26/2024 | counsel has requested documents on trust from debtor's atty; collecting funds from ex-spouse on WA property |
| 04/01/2024 | negotiating resolution with debtor to pay $86,000 for non-ex property - motion to be drafted by counsel |
| 02/29/2024 | m/convey RP to ex-spouse in process |

**Initial Projected Date Of Final Report (TFR):** 12/31/2025    **Current Projected Date Of Final Report (TFR):** 12/31/2025

/s/ H. JASON GOLD

H. JASON GOLD

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 24-10102-BFK | | Trustee Name: | H. Jason Gold |
|---|---|---|---|---|
| Case Name: | JESSEN, JOHN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | | Checking Acct #: | ******0061 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Sale Deposit Account |
| For Period Beginning: | 1/22/2024 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2024 | (1) | Bank of America | Deposit for sale of equity to M Frazier pending order of approval; ORDER entd 9/17/24 ECF29 | 1110-000 | $8,600.00 | | $8,600.00 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.37 | $8,587.63 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.35 | $8,575.28 |
| 09/19/2024 | | Transfer To: #******0111 | xfer of deposit funds to general checking; order entd 9/17/24 ECF29 | 9999-000 | | $8,575.28 | $0.00 |
| | | | **TOTALS:** | | $8,600.00 | $8,600.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,575.28 | |
| | | | Subtotal | | $8,600.00 | $24.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,600.00 | $24.72 | |

| For the period of 1/22/2024 to 6/20/2025 | | For the entire history of the account between 03/16/2024 to 6/20/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,600.00 | Total Compensable Receipts: | $8,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,600.00 | Total Comp/Non Comp Receipts: | $8,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24.72 | Total Compensable Disbursements: | $24.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.72 | Total Comp/Non Comp Disbursements: | $24.72 |
| Total Internal/Transfer Disbursements: | $8,575.28 | Total Internal/Transfer Disbursements: | $8,575.28 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2024 | | Transfer From: #******0061 | xfer of deposit funds to general checking; order entd 9/17/24 ECF29 | 9999-000 | $8,575.28 | | $8,575.28 |
| 10/06/2024 | (1) | Michelle Frazier | Balance Due on Sale of Fremont Ave per 9/17/24 ECF29 order | 1110-000 | $77,400.00 | | $85,975.28 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $88.74 | $85,886.54 |
| 11/22/2024 | 2001 | Real Markets | realtor exp Per Order entd 9/17/24 ECF 29 (RP) | 3992-000 | | $750.00 | $85,136.54 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $107.26 | $85,029.28 |
| 12/30/2024 | | Transfer From: #******0125 | transfer Sabio Way deposit acct funds to gen cking | 9999-000 | $30,000.00 | | $115,029.28 |
| 12/30/2024 | | Transfer From: #******0120 | transfer vehicle deposit acct funds to gen cking | 9999-000 | $36,000.00 | | $151,029.28 |
| 12/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $111.78 | $150,917.50 |
| 01/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $188.64 | $150,728.86 |
| 03/12/2025 | 2002 | Century21 New Millennium | ECF 38 | 3510-000 | | $1,000.00 | $149,728.86 |
| 04/08/2025 | 2003 | H. Jason Gold | Trustee Compensation | 2100-000 | | $10,850.00 | $138,878.86 |
| 04/08/2025 | 2004 | H. Jason Gold | Trustee Expenses | 2200-000 | | $46.68 | $138,832.18 |
| 04/08/2025 | 2005 | Nelson Mullins Riley & Scarborough LLP | Account Number: ; Claim #: ; | 3220-000 | | $136.46 | $138,695.72 |
| 04/08/2025 | 2006 | Nelson Mullins Riley & Scarborough LLP | Account Number: ; Claim #: ; | 3210-000 | | $19,749.00 | $118,946.72 |
| 04/08/2025 | 2007 | US Small Business Administration | Account Number: ; Claim #: 1; | 7100-000 | | $104,054.80 | $14,891.92 |
| 04/08/2025 | 2008 | Citibank N.A. | Account Number: ; Claim #: 2; | 7100-000 | | $86.05 | $14,805.87 |
| 04/08/2025 | 2009 | Citibank N.A. | Account Number: ; Claim #: 3; | 7100-000 | | $188.71 | $14,617.16 |
| 04/08/2025 | 2010 | JPMorgan Chase Bank, N.A. | Account Number: 3709; Claim #: 4; | 7100-000 | | $1,455.66 | $13,161.50 |
| 04/08/2025 | 2011 | JPMorgan Chase Bank, N.A. | Account Number: 9056; Claim #: 5; | 7100-000 | | $1,360.82 | $11,800.68 |
| 04/08/2025 | 2012 | JPMorgan Chase Bank, N.A. | Account Number: 6035; Claim #: 6; | 7100-000 | | $1,502.09 | $10,298.59 |
| 04/08/2025 | 2013 | Wells Fargo Bank Small Business Lending Division | Account Number: 2286; Claim #: 7; | 7100-000 | | $311.51 | $9,987.08 |
| 04/08/2025 | 2014 | Wells Fargo Bank Small Business Lending Division | Account Number: 7186; Claim #: 8; | 7100-000 | | $315.29 | $9,671.79 |
| 04/08/2025 | 2015 | Wells Fargo Bank Small Business Lending Division | Account Number: 2278; Claim #: 9; | 7100-000 | | $671.24 | $9,000.55 |
| | | | | **SUBTOTALS** | **$151,975.28** | **$142,974.73** | |

FORM 2     Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0111 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General Checking |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2025 | 2016 | Jefferson Capital Systems LLC | Account Number: ; Claim #: 10; | 7100-000 | | $602.88 | $8,397.67 |
| 04/08/2025 | 2017 | 2001 Clarendon Blvd L.C. | Account Number: ; Claim #: 11; | 7100-000 | | $1,723.54 | $6,674.13 |
| 04/08/2025 | 2018 | Balboa Capital Corporation | Account Number: ; Claim #: 12; | 7100-000 | | $6,674.13 | $0.00 |
| 04/12/2025 | 2002 | STOP PAYMENT: Century21 New Millennium | ECF 38 | 3510-004 | | ($1,000.00) | $1,000.00 |
| 04/12/2025 | 2019 | Century21 New Millennium | ECF 38 | 3510-000 | | $1,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $151,975.28 | $151,975.28 | $0.00 |
| Less: Bank transfers/CDs | $74,575.28 | $0.00 | |
| Subtotal | $77,400.00 | $151,975.28 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $77,400.00 | $151,975.28 | |

| For the period of 1/22/2024 to 6/20/2025 | | For the entire history of the account between 09/19/2024 to 6/20/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $77,400.00 | Total Compensable Receipts: | $77,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,400.00 | Total Comp/Non Comp Receipts: | $77,400.00 |
| Total Internal/Transfer Receipts: | $74,575.28 | Total Internal/Transfer Receipts: | $74,575.28 |
| | | | |
| Total Compensable Disbursements: | $151,975.28 | Total Compensable Disbursements: | $151,975.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $151,975.28 | Total Comp/Non Comp Disbursements: | $151,975.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0120 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Vehicle Deposit Account |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2024 |  | Jessen Consulting LLC | Full Payment on sale of m/c collection - order entd 12/19/24 ECF38 | * | $36,000.00 |  | $36,000.00 |
|  | {4} |  | 1982 Ducati                    $10,500.00 | 1129-000 |  |  | $36,000.00 |
|  | {5} |  | 1986 Honda                      $1,500.00 | 1129-000 |  |  | $36,000.00 |
|  | {6} |  | 2005 Honda                      $2,500.00 | 1129-000 |  |  | $36,000.00 |
|  | {7} |  | 2016 Honda                      $3,500.00 | 1129-000 |  |  | $36,000.00 |
|  | {8} |  | 2017 Ducati                    $10,000.00 | 1129-000 |  |  | $36,000.00 |
|  | {9} |  | 2023 Honda                      $4,000.00 | 1129-000 |  |  | $36,000.00 |
|  | {10} |  | 2023 Honda                      $4,000.00 | 1129-000 |  |  | $36,000.00 |
| 12/30/2024 |  | Transfer To: #******0111 | transfer vehicle deposit acct funds to gen cking | 9999-000 |  | $36,000.00 | $0.00 |

|  |  | TOTALS: | $36,000.00 | $36,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $36,000.00 |  |
|  |  | Subtotal | $36,000.00 | $0.00 |  |
|  |  | Less: Payments to debtors | $0.00 | $0.00 |  |
|  |  | Net | $36,000.00 | $0.00 |  |

| For the period of 1/22/2024 to 6/20/2025 |  | For the entire history of the account between 11/20/2024 to 6/20/2025 |  |
|---|---|---|---|
| Total Compensable Receipts: | $36,000.00 | Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 | Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 | Total Internal/Transfer Disbursements: | $36,000.00 |

**FORM 2**
Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 24-10102-BFK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | JESSEN, JOHN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Sabio Way Deposit Account |
| For Period Beginning: | 1/22/2024 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2024 | (2) | Jessen Consulting LLC | sale of parcel per 12/19/24 order ECF39 | 1110-000 | $30,000.00 | | $30,000.00 |
| 12/30/2024 | | Transfer To: #******0111 | transfer Sabio Way deposit acct funds to gen cking | 9999-000 | | $30,000.00 | $0.00 |
| | | | **TOTALS:** | | $30,000.00 | $30,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $30,000.00 | |
| | | | **Subtotal** | | $30,000.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $0.00 | |

| For the period of 1/22/2024 to 6/20/2025 | | For the entire history of the account between 12/11/2024 to 6/20/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $30,000.00 | Total Internal/Transfer Disbursements: | $30,000.00 |

**FORM 2**

Page No: 6

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 24-10102-BFK | | Trustee Name: | H. Jason Gold |
| Case Name: | JESSEN, JOHN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9550 | | Checking Acct #: | ******0125 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Sabio Way Deposit Account |
| For Period Beginning: | 1/22/2024 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 6/20/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $152,000.00 | $152,000.00 | $0.00 |

**For the period of 1/22/2024 to 6/20/2025**

| | |
|---|---|
| Total Compensable Receipts: | $152,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,000.00 |
| Total Internal/Transfer Receipts: | $74,575.28 |
| | |
| Total Compensable Disbursements: | $152,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152,000.00 |
| Total Internal/Transfer Disbursements: | $74,575.28 |

**For the entire history of the case between 01/22/2024 to 6/20/2025**

| | |
|---|---|
| Total Compensable Receipts: | $152,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,000.00 |
| Total Internal/Transfer Receipts: | $74,575.28 |
| | |
| Total Compensable Disbursements: | $152,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152,000.00 |
| Total Internal/Transfer Disbursements: | $74,575.28 |

/s/ H. JASON GOLD

H. JASON GOLD